(Reap. Dec. 9573)

UNITED STATES *v.* NICHIMEN CO., INC.

Entry No. C.E. 800896.

(Decided December 23, 1959)

*George Cochran Doub,* Assistant Attorney General, for the plaintiff.
*John D. Rode* for the defendant.

RAO, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation:

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that at the time of exportation of the cotton piece goods involved in the above appeal such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States at the invoiced unit values, net packed, and that there was no higher foreign value for such or similar merchandise at the time of exportation of the involved merchandise.

IT IS FURTHER STIPULATED AND AGREED that this case may be submitted for decision on the foregoing stipulation.

On the agreed facts, I find export value, as that value is defined in section 402(d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values were the invoiced unit values, net packed.

Judgment will be entered accordingly.